# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 16-5171**  September Term, 2015

1:14-cv-00768-RDM

Filed On: June 16, 2016 [1619854]

Taher Achagzai, et al.,

       Appellants

Naseem S. Stanazai,

       Appellee

Zeba Khadem,

       Appellant

    v.

Broadcasting Board of Governors,

       Appellee

**O R D E R**

The notice of appeal was filed on June 3, 2016, and docketed in this court on June 16, 2016. It is, on the court's own motion,

**ORDERED** that appellants submit the documents listed below by the dates indicated.

| Document | Date |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | July 18, 2016 |
| Docketing Statement Form | July 18, 2016 |
| Entry of Appearance Form | July 18, 2016 |
| Procedural Motions, if any | July 18, 2016 |
| Statement of Intent to Utilize Deferred Joint Appendix | July 18, 2016 |
| Statement of Issues to be Raised | July 18, 2016 |
| Transcript Status Report | July 18, 2016 |

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 16-5171**                                                         **September Term, 2015**

| | |
|---|---|
| Underlying Decision from Which Appeal or Petition Arises | July 18, 2016 |
| Dispositive Motions, if any (Original and 4 copies) | August 1, 2016 |

It is

    **FURTHER ORDERED** that appellee submit the documents listed below by the dates indicated.

| | |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | July 18, 2016 |
| Entry of Appearance Form | July 18, 2016 |
| Procedural Motions, if any | July 18, 2016 |
| Dispositive Motions, if any (Original and 4 copies) | August 1, 2016 |

It is

    **FURTHER ORDERED** that appellant submit a transcript status report every 30 days after the filing of the initial report, until all transcripts have been received. Within three days of receipt of all transcripts, appellant is directed to file a <u>Final Status Report</u> indicating the date the complete transcript was received. All reports must be served on the parties and each reporter. It is

    **FURTHER ORDERED** that briefing in this case be deferred pending further order of the court.

                                                    **FOR THE COURT:**
                                                    Mark J. Langer, Clerk

                           BY:    /s/
                                                     Laura M. Chipley
                                                       Deputy Clerk

# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 16-5171**                                                   **September Term, 2015**

The following forms and notices are available on the Court's website:

      Civil Docketing Statement Form
      Entry of Appearance Form
      Transcript Status Report Form
      Request to Enter Appellate Mediation Program
      Notice Concerning Expedition of Appeals and Petitions for Review
      Stipulation to be Placed in Stand-By Pool of Cases